IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA



**FILED**

OCT - 2 2013

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

KELLI BRUCE, )
)
Plaintiff, )
)
vs. ) No. CIV-13-749-W
)
AETNA LIFE INSURANCE COMPANY, )
)
Defendant. )

## ORDER

Having considered the dates proposed by the parties at the status and scheduling conference, the Court ESTABLISHES the following deadlines in this matter:

| | |
|---|---|
| Submission of administrative record | October 30, 2013 |
| Objections to administrative record[1] | November 15, 2013 |
| Plaintiff's opening brief on the merits | February 28, 2014 |
| Defendant's response brief | March 28, 2014 |
| Plaintiff's reply brief, if any | April 28, 2014 |

ENTERED this 2nd day of October, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Aetna Life Insurance Company shall file its response to any proposed additions or objections to the administrative record by November 29, 2013, and the Court will thereafter resolve any disputes pertaining to the administrative record.
The parties are ADVISED that if no additions are proposed and/or no objections are filed, the administrative record shall stand as submitted to the Court on October 30, 2013.